

371 A.2d 228
Commonwealth v. Hill, Appellant.

Submitted February 23, 1976. Roy Davis and Ernest Kardas, Assistant Public Defenders, for appellant; Vram Nedurian, Jr., Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 228
Commonwealth v. Hill, Appellant.

Submitted March 22, 1976. Edward F. Browne, Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.